**DAVID M. REAVES**
Chapter 7 Panel Trustee
Post Office Box 44320
Phoenix, Arizona 85064
(602) 241-0101 Telephone

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

In Re: ) Case No. 2-09-BK-31625-RTB
)
BOHL, GEORGE, ) Chapter 7
)
       Debtor. ) **APPLICATION FOR ORDER FOR PAYMENT OF UNCLAIMED FUNDS TO U.S. BANKRUPTCY COURT**
)
_____ )

David M Reaves, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| Check No. | Date Issued | Creditor's Name and Address | Amount |
|---|---|---|---|
| 301 | 9/03/10 | George Bohl<br>3006 E. Diamond Ave<br>Mesa, AZ 85204-3918 | $6.03 |

Dated this 6th day of December, 2010.

_____
David M. Reaves, Chapter 7 Trustee